THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* MICHAEL ALEX, Appellant.

Argued December 8, 1938; decided January 4, 1939.

*Joseph Lonardo* for appellant.

*Thomas E. Dewey,* District Attorney (*Felix C. Benvenga, Jacob Grumet* and *Karl Grebow* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.